1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,                    )
                                                  )
9                      Plaintiff,                 )
                                                  )
10           v.                                   )          3:12-CR-104-LRH-(VPC)
                                                  )
11   JOHNNY RAY McARTHUR,                         )
                                                  )
12   _____Defendant._____ )

13                    **PRELIMINARY ORDER OF FORFEITURE**

14       This Court finds that on March 12, 2013, defendant JOHNNY RAY McARTHUR pled guilty

15   to the Criminal Indictment charging him with Felon in Possession of a Firearm, in violation of

16   Title 18, United States Code, Section 924(a)(2). Indictment, ECF No. 1.

17       This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

18   has shown the requisite nexus between property set forth in the Forfeiture Allegation of the

19   Criminal Indictment and the offense to which defendant JOHNNY RAY McARTHUR pled guilty.

20       The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section

21   924(d)(1) and Title 28, United States Code, Section 2461(c):

22           1.       a High Point, 9mm semiautomatic pistol, serial number P1585990, magazine

23                    and ammunition; and

24           2.       any and all ammunition ("property").

25       This Court finds the United States of America is now entitled to, and should, reduce the

26   aforementioned property to the possession of the United States of America.

1    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

2    United States of America should seize the aforementioned property.

3    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

4    JOHNNY RAY McARTHUR in the aforementioned property is forfeited and is vested in the

5    United States of America and shall be safely held by the United States of America until further

6    order of the Court.

7    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

8    shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

9    website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

10   the time under the applicable statute when a petition contesting the forfeiture must be filed, and

11   state the name and contact information for the government attorney to be served with the petition,

12   pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

13   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

14   with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South

15   Virginia Street, 3rd Floor, Reno, NV 89501.

16   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

17   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

18   following address at the time of filing:

19       Greg Addington
         Assistant United States Attorney
20       100 West Liberty Street, Suite 600
         Reno, NV 89501

21   . . .

22   . . .

23   . . .

24   . . .

25   . . .

26   . . .

2

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

2   need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

3   following publication of notice of seizure and intent to administratively forfeit the above-described

4   property.

5       DATED this __14th__ day of ___March_____, 2013.

6

7

8

9                              LARRY R. HICKS
                            UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26