```
☑ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        APR 29 2015

    CLERK US DISTRICT COURT
    DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:12-CR-0104-LRH-VPC |
| Plaintiff, ) | |
| ) | **AMENDED ORDER** |
| vs. ) | |
| JOHNNY RAY MCARTHUR, ) | |
| Defendants. ) | |

On April 29, 2015, defendant Johnny Ray McArthur was present with counsel for CLEAR Court ("Court Led Efforts At Recovery"). The Court finds that defendant shall serve five (5) days in jail at the Washoe County Detention Facility for violations of his supervised release as follows:

1. On Wednesday, April 29, 2015, at 11:00 a.m., the defendant shall self surrender to the United States Marshals Service to be taken into custody at the Washoe County Detention Facility at 911 Parr Blvd., Reno, Nevada 89512.

2. On Monday, May 4, 2015, at 8:00 a.m., the defendant shall be released from custody on his own recognizance.

**IT IS SO ORDERED.**

DATED: April 29, 2015.

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE